IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR190 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEREMIAH A. MALCHOW, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of defendant Jeremiah A. Malchow (Malchow) for a continuance of trial. The motion was made during the arraignment on the Superseding Indictment on July 3, 2007. Malchow requested additional time in which to file pretrial motions and to schedule trial. The oral motion was granted.

**IT IS ORDERED:**

1. Malchow's motion for an extension of time to file pretrial motions is granted. Malchow shall have **to on or before July 20, 2007**, in which to file pretrial motions in accordance with the progression order.

2. Trial of this matter is continued **to September 10, 2007**, or as soon thereafter as can be reached on Chief Judge Bataillon's docket.

3.. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from July 3, 2007 through September 10, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(5) and (h)(8)(A).

DATED this 3rd day of July, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge