IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR190 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMIAH A. MALCHOW, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

　　　　Before the court is defendant's unopposed Motion to Amend Order (Filing No. 64), requesting that this court extend defendant's self-surrender date to the Bureau of Prisons due to a pending state sentencing. After considering the matter, the court will grant the motion.

　　　　IT IS ORDERED that the defendant's self-surrender date to the Bureau of Prisons is extended from May 1, 2008, to June 1, 2008.

　　　　DATED this 30th day of April, 2008.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Chief United States District Judge